**Ex parte B. L. PUTNAM.**
No. 17811.

Court of Criminal Appeals of Texas.
June 26, 1935.

Rehearing Denied Oct. 23, 1935.

James H. Martin, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Relator sought his release by way of habeas corpus and after a hearing was remanded to custody. Hence this appeal.

The record is before us without a statement of facts.

The judgment is affirmed.

**1118**

## PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.